PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
EMAIL: PC681@YAHOO.COM
PH: (503) 490-6564
NO: 23-15080
D.C. NO: 2: 22-CV-01928
SHORT TITLE : PARNELL COLVIN V. TAKO LLC



UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

23-15080

PARNELL COLVIN,

Appellant.

MOTION TO EXTEND FILING

OPENING BRIEF

Vs.

TAKO LLC,

Appelle.
_____/

    Come now Appellant Parnell Colvin and requesting this honorable court to grant him an extension of time to file his opening brief due Feb 28, 2023 . Colvin has been dealing with a National Labor Relations Board trial that has been filed since 2018. The trial proceedings stated on or about November 7, 2022 with several trial restarts it started again February 7,2023. The proceedings continue as such Colvin is requesting time to file his opening brief. The case number is NLRB 28-239339, et al.

(1)

Colvin also has a federal case set for trial in the United States District Court District Of Nevada Case No: 2:20-cv-01765-APG-EJY. The pretrial order has proposed trial dates March 20-28, 2023 and March 27-April 4, 2023. Colvin is requesting an extension to file his opening brief by May 28, 2023. The time is needed to complete the current two trials and then focus on this case. Colvin will need to get transcripts and prepare his brief.

Colvins request is not for any purpose of delaying the court proceedings; the request is being made for just cause to have adequate time to file his opening brief. Thanking the court for its consideration in this very important matter.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been mail to the following appelle at the following address by placing a true copy of motion in the US Mail Box at the United States Postal Service to :

TAKO LLC
2211 Taragato Ave
Henderson, NV 89052

DATED THIS 16th day of February ,2023

_____
PARNELL COLVIN

(3)

UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 28

LABORERS INTERNATIONAL UNION OF
NORTH AMERICA LOCAL 872, AFL-CIO
(Various Employers, including the Employer-Members
of Nevada Contractors Association / Associated General
Contractors Association)

    and                                           Cases  28-CB-239339
                                                                          28-CB-291889

PARNELL COLVIN, an Individual

    and                                           Case   28-CB-292114

RICHARD VELA, an Individual

**COUNSEL FOR GENERAL COUNSEL'S POSITION REGARDING
ENFORCEMENT OF SUBPOENAS DUCES TECUM B-1-1H34TCZ AND
B-1-1H3502N ISSUED TO CHARGING PARTY PARNELL COLVIN**

On February 8, 2023, Administrative Law Judge Mara-Louise Anzalone (the ALJ), directed Counsel for the General Counsel (CGC) and set a February 15, 2023, deadline by which to file a response to Respondent's request to enforce Subpoenas Duces Tecum B-1-1H34TCZ and B-1-1H3502N (the Subpoenas) served upon Charging Party Parnell Colvin (Colvin). Accordingly, CGC files the present position statement to notify the ALJ that CGC will be seeking enforcement of the Subpoenas served on Colvin.

Dated at Phoenix, Arizona this 15th day of February 2023.

                                                             Respectfully submitted,

                                                             */s/ Néstor Zárate*
                                                             Néstor Zárate Mancilla
                                                             Counsel for the General Counsel
                                                             National Labor Relations Board, Region 28
                                                            2600 North Central Avenue, Suite 1400
                                                            Phoenix, Arizona 85004-3019
                                                            Phone: (602) 416-4771
                                                            E-mail: nestor.zarate-mancilla@nlrb.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of **COUNSEL FOR THE GENERAL COUNSEL'S POSITION REGARDING ENFORCEMENT OF SUBPOENAS DUCES TECUM B-1-1H34TCZ AND B-1-1H3502N ISSUED TO CHARGING PARTY PARNELL COLVIN** in *LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872, AFL-CIO (Various Employers, including the Employer-Members of Nevada Contractors Association / Associated General Contractors Association), Cases 28-CB-239339, et al.*, was served by E-Gov, E-Filing, and E-mail on this 15th day of February 2023, on the following:

***Via E-Gov & E-Filing:***
Honorable Mara-Louise Anzalone
Administrative Law Judge
National Labor Relations Board
901 Market Street, Suite 300
San Francisco, CA 94103-1779

***Via Email:***
David A. Rosenfeld, Attorney at Law
Weinberg, Roger & Rosenfeld
1375 55th Street
Emeryville, CA 94608-2609
Email: drosenfeld@unioncounsel.net

Parnell Colvin
2201 Autumn Lull Dr
Las Vegas, NV 89146
Email: pc681@yahoo.com

Richard Vela
867 North Lamb Boulevard, #82
Las Vegas, NV 89110
Email: richardpittvela@gmail.com

/s/ Néstor Zárate
Néstor Zárate Mancilla
Counsel for the General Counsel
National Labor Relations Board, Region 28
2600 North Central Avenue, Suite 1400
Phoenix, AZ 85004-3099
Phone: (602) 416-4771
E-mail: nestor.zarate-mancilla@nlrb.gov

1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No. 002003
   NICOLE M. YOUNG, ESQ.
3  Nevada State Bar No. 12659
   610 South Ninth Street
4  Las Vegas, Nevada 89101
   Office@danielmarks.net
5  *Attorneys for Plaintiff*

6

7               UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9  PARNELL COLVIN,                 Case No. 2:20-cv-01765-APG-EJY

10       Plaintiff,

11 v.                              **JOINT PRETRIAL ORDER**

12 M.J. DEAN CONSTRUCTION, INC,

13       Defendant,
   _____/
14

15 After pretrial proceedings in this case,

16 IT IS SO ORDERED:

17 **I.    NATURE OF THE CASE AND RELIEF SOUGHT**

18       [State nature of action, relief sought, identification and contentions of parties.]

19 **Plaintiff's Statement**

20       This is a race-based employment discrimination action. Plaintiff Parnell Colvin is black.

21 His legal claims of (1) retaliation, (2) discrimination regarding overtime opportunities, (3)

22 harassment, and (4) negligent training and supervision will be heard at trial. He seeks lost wages

23 and compensatory damages for pain and suffering, including humiliation, embarrassment, and

24 emotional distress relative to the above legal claims for relief. He also seeks an award of

25 attorneys fees and costs.

26 / / / /

27 / / / /

28 / / / /

1 | witnesses in its Motion for Summary Judgment for the sole purpose of impeaching Plaintiff's
2 | newly proffered evidence, which was in compliance with Rule 26(a)(1)(A)(i) of the Federal
3 | Rules of Civil Procedure. (Doc. 52.) This Court's Order regarding the competing Motions for
4 | Summary Judgment denied the Motion to Exclude as moot. (Doc. 55.)

## IX. PROPOSED TRIAL DATES

1. March 20-28, 2023
2. March 27- April 4, 2023

## X. PROPOSED LENGTH OF TRIAL

Seven (7) full judicial days

DATED this 23rd day of September, 2022.

LAW OFFICE OF DANIEL MARKS

/s/ Nicole M. Young
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

DATED this 23rd day of September, 2022.

HOWARD & HOWARD

/s/ Robert Rosenthal
ROBERT ROSENTHAL, ESQ.
Nevada State Bar No. 6476
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Attorney for Defendant