UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PARNELL COLVIN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> TAKO, LLC, <br><br> Defendant - Appellee. | No. 23-15080 <br><br> D.C. No. 2:22-cv-01928-CDS-NJK <br> U.S. District Court for Nevada, Las Vegas <br><br> **ORDER** |

Court records do not reflect receipt of the answering brief or a letter stating that no brief will be filed. Within 14 days from the date of this notice, appellee shall simultaneously submit the answering brief and file a motion to file a late brief, or file correspondence to the court indicating that no answering brief will be filed.

In the absence of a timely response to this order, the case will be calendared on the basis of the opening brief alone, and appellee will not be heard at oral argument unless the court grants permission. Fed. R. App. P. 31(c); 9th Cir. R. 31-2.3.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT